UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DEBRA L. POHOLSKI,

        Plaintiff,

                                File No. 1:12-CV-1414

v.

                                HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

**ORDER ADOPTING IN PART AND REJECTING IN PART
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that the December 16, 2014, Report and Recommendation of the Magistrate Judge (Dkt. No. 20) is adopted in part and rejected in part.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorney fees pursuant to the EAJA (Dkt. No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff **AWARDED** attorney fees under the EAJA in the amount of **$4,449.94**.


Dated: May 5, 2014                      /s/ Robert Holmes Bell
                                        ROBERT HOLMES BELL
                                        UNITED STATES DISTRICT JUDGE