UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA L. POHOLSKI,

        Plaintiff,                              Case No. 1:12-CV-1414

v.                                                    HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On December 18, 2014, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") (ECF No. 34) recommending that Plaintiff's attorney's motions for attorney's fees (ECF Nos. 27, 28) be granted and that he be awarded $1,587.56, payable from Plaintiff's award of past-due benefits, contingent upon the attorney filing a copy of his fee agreement with Plaintiff on or before December 31, 2014.  The attorney filed his fee agreement with Plaintiff on December 19, 2014.  (ECF No. 35.)  No objections to the R&R have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's December 18, 2014, R&R (ECF No. 34) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's attorney's motion and amended motion for attorney's fees (ECF Nos. 27, 28) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Court **APPROVES** payment from Plaintiff's award of past-due benefits to Attorney James Rinck in the amount of **$1,587.56**.

Dated: January 15, 2015              /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     UNITED STATES DISTRICT JUDGE